**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **RUDIS ALEXANDER SALGADO** | **CASE NO. 1:26-CV-02288 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MELISSA B HARPER ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 5], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE AS MOOT**.

MONROE, LOUISIANA, this 5th day of October, 2026.

Terry A. Doughty
United States District Judge